**Electronically Filed
Supreme Court
SCWC-12-0000866
20-NOV-2014
09:11 AM**

SCWC-12-0000866

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FEDERAL LAND BANK ASSOCIATION OF HAWAI'I, FLCA,
Respondent/Plaintiff-Appellee,

vs.

MORTON E. BASSAN, JR., also known as Morton Bassan, Jr,
and as Morton Bassan, and KEIKO BASSAN,
Petitioners/Defendants-Appellants,

and

CITRUS MANAGEMENT SERVICES, INC., ORCHARD SERVICES, INC.,
BANK OF HAWAI'I, STATE OF HAWAI'I,
acting by and through it's Department of Agriculture,
HAWAI'I ELECTRIC LIGHT COMPANY, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000866; CIV. NO. 05-1-0193)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants' Application for Writ

of Certiorari filed on October 15, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, November 20, 2014.

| | |
|---|---|
| Morton E. Bassan, Jr.<br>and Keiko Bassan,<br>petitioners pro se | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama |
| Jeffre W. Juliano<br>and H. Maxwell Kopper<br>for respondent | /s/ Sabrina S. McKenna<br><br>/s/ Richard W. Pollack<br><br>/s/ Michael D. Wilson |

